UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTINE L. TYLER,<br><br>    Plaintiff,<br><br>v.<br><br>FABRIZIO & BROOK, P.C.,<br><br>    Defendant. | Case No. 17-12983<br><br>Honorable Laurie J. Michelson |

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Opinion and Order dated March 4, 2019, Plaintiff's complaint is DISMISSED.

Dated at Detroit, Michigan this 4th Day of March 2019.

DAVID J. WEAVER
CLERK OF THE COURT

BY: s/William Barkholz
    Deputy Clerk

APPROVED:

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE